**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERIC LEE ERICKSON,**

    **Plaintiff,**

**v.**                                **Case No. 4:19cv115-MW/CAS**

**OFFICER E. SCARBROUGH
and
OFFICER BEEMAN,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation. ECF No. 15. Upon consideration, no objections having

been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for

failure to prosecute and comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on July 24, 2019.**

                                    **s/Mark E. Walker**_____
                                    **Chief United States District Judge**